**United States District Court**

For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE CHARTER OAK FIRE INSURANCE COMPANY,<br><br>            Plaintiff,<br><br>    v.<br><br>AMERICAN HOME ASSURANCE COMPANY et al.,<br><br>            Defendants.<br>_____/ | No. C-06-2779 MMC<br><br>**ORDER DIRECTING PLAINTIFF AND TRAVELERS TO LODGE CHAMBERS COPIES IN COMPLIANCE WITH GENERAL ORDER 45 AND THE COURT'S STANDING ORDERS** |

   On June 23, 2006, plaintiff electronically filed its answer to the counterclaim of defendants American Home Assurance Company and National Union Fire Insurance Company of Pittsburgh, PA.  On the same date, third party defendant Travelers Property Casualty Company of America ("Travelers") electronically filed its answer to the same counterclaim.  Plaintiff and Travelers have violated General Order 45 and the Court's standing orders, however, by failing to deliver to the Clerk's Office "no later than noon on the business day following the day that the papers are filed electronically, one paper copy of each document that is filed electronically . . . marked 'Chambers Copy' and . . . clearly marked with the judge's name, case number, and 'Chambers Copy-Do Not File.'"  See General Order 45 § VII.G; see also Standing Orders For Civil Cases Assigned to The Honorable Maxine M. Chesney ¶ 2.

   Plaintiff and Travelers are hereby ORDERED to comply with General Order 45 and

1  the Court's standing orders by immediately submitting chambers copies of the above-
2  referenced documents.  Plaintiff and Travelers are hereby advised that if they fail in the
3  future to comply with the Court's order to provide chambers copies of electronically-filed
4  documents, the Court may impose sanctions, including, but not limited to, striking from the
5  record any electronically-filed document of which a chambers copy has not been timely
6  provided to the Court.

7  **IT IS SO ORDERED.**

8  Dated: June 30, 2006                           _____
                                                   MAXINE M. CHESNEY
                                                   United States District Judge