IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE CHARTER OAK FIRE INSURANCE CO., | No. C-06-2779 MMC |
| Plaintiff, | **ORDER VACATING HEARING ON MOTION TO REMAND** |
| v. | (Docket No. 24) |
| AMERICAN HOME ASSURANCE CO., et al., | |
| Defendants. | |

Before the Court is plaintiff's motion, filed August 4, 2006, to remand the instant action to state court. Having considered the papers filed in support of and in opposition to the motion, the Court finds the matter appropriate for resolution without oral argument, see Civil L.R. 7-1(b), and hereby VACATES the September 8, 2006 hearing.

**IT IS SO ORDERED.**

Dated: September 1, 2006

MAXINE M. CHESNEY
United States District Judge